**E-FILED**
Monday, 29 August, 2005  11:48:30 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KAREN DYER,                          )
                                     )
                    Plaintiff,       )
                                     )        03-2154
        v.                           )
                                     )
JOANNE B. BARNHART, sued as          )
Commissioner of Social Security,     )
                                     )
                    Defendant.       )

ORDER APPROVING MAGISTRATE RECOMMENDATION

A recommendation was filed by the Magistrate Judge in the above cause on August 4, 2005. More than ten days have elapsed since the filing of the recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1).

The recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The court agrees with the Magistrate Judge that the administrative law judge (ALJ) did not err because medical evidence, expert testimony, and the plaintiff's testimony support the ALJ's decision that the plaintiff was not disabled. Accordingly, the court affirms the Magistrate Judge's recommendation [#25], denies the plaintiff's motion for summary judgment [#19] and grants the motion for an order which affirms the commissioner's decision [#22]. This case is terminated.

ENTERED this 29th day of August, 2005.

**s\ Harold A. Baker**
_____
HAROLD A. BAKER
U.S. DISTRICT JUDGE